UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **CRUMP, MAUREEN ANNE** | ) | Bankruptcy Case No. 18-80428 TML |
| | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | |

### CERTIFICATE OF SERVICE

The undersigned certifies that on October 5, 2018, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

    CRUMP, MAUREEN ANNE
    31 BRAEBURN LANE
    BARRINGTON, IL 60010

    THOMAS C O'BRIEN
    STATELINE LEGAL, LLC
    950 MAIN STREET
    ANTIOCH, IL 60002
    *(Via ECF Electronic Transmission)*


/s/ Debbie M. Harris

STEPHEN G. BALSLEY, Trustee
6833 STALTER DRIVE
ROCKFORD, IL 61108
(815) 962-6611
sbalsley@bslbv.com